**JUDGE HELLERSTEIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 7288

------------------------------------x
International Insurance Company of Hannover, :
Ltd.,
:   Case No.:
              Plaintiff,
:
            - against -
:   **RULE 7.1 DISCLOSURE**
I.B. Security Conscious, Inc., Ali Parchment,     **STATEMENT**
Lindon Ramsey, Beatrice D. Ramsey, CEC             :
Entertainment, Inc. (d/b/a Chuck E. Cheese), and
Forest City Ratner Companies,                      :

              Defendants.
------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification of recusal, the undersigned counsel for INTERNATIONAL INSURANCE COMPANY OF HANNOVER, LTD. (a private non-governmental party) certifies upon information and belief that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

> **Plaintiff Hannover is a corporation duly organized and incorporated under the laws of the United Kingdom. Hannover is a wholly owned subsidiary of Hannover Finance (UK) Limited, itself a wholly owned subsidiary of Hannover Ruckversicherung AG of Sweden, which is owned by Hannover Re, Talanz AG and HDI of Germany.**

4814-2567-9874.1

Plaintiff reserves the right, pursuant to Rule 7.1(b)(2) to amend this statement as appropriate.

Dated: New York, New York
August 13, 2008

Yours, etc.,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: _____
Mark K. Anesh (MA8303)
Attorneys for Plaintiff
INTERNATIONAL INSURANCE COMPANY
OF HANNOVER, LTD.
199 Water Street
New York, New York 10038
(212) 232-1300
File No.: 24799-196