UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERNATIONAL INSURANCE COMPANY
OF HANNOVER, LTD.,

                             Plaintiff,

Vs

FOREST CITY RATNER COMPANIES,

                             Defendant.

Case No.
08 CV 7288

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Wilson Amaya, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at New York, NY:

On August 21, 2008 at 9:35 a.m. at 1 Metrotech Center North, Brooklyn, NY 11201, I served the within SUMMONS, COMPLAINT, RULE 7.1 DISCLOSURE STATEMENT, CIVIL COVER SHEET and JUDGES' RULES on FOREST CITY RATNER COMPANIES, defendant therein named, by delivering a true copy of same to NILAJA FORDE, who stated that she was authorized to accept service on behalf of the company.

The person served is a black female, black hair, 30-35 years old, 5'7"-5'8" in height, 130-140 pounds.

                                                            Wilson Amaya
                                                             License No. 1161499

Sworn to before me this
21st day of August 2008

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20 10

**LegalEase, Inc.**